```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22165
   JOHN J AMARILLO
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2715

-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
   The case was filed on 11/27/2007 and was not confirmed.

   The case was dismissed without confirmation 01/31/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
-----------------------------------------------------------------------
COUNTRYWIDE HOME LENDING CURRENT MORTG         .00         .00           .00
COUNTRYWIDE HOME LENDING MORTGAGE ARRE    68000.00         .00           .00
JC PENNY                 UNSECURED        NOT FILED        .00           .00
SEARS                    NOTICE ONLY      NOT FILED        .00           .00
ILL DEPT OF EMPLOYMENT S UNSECURED        NOT FILED        .00           .00
ARNOLD KAPLAN            DEBTOR ATTY           .00                       .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      --------------       --------------
TOTALS                    .00                     .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                  /s/ Tom Vaughn
   Dated: 04/23/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```